Vacated
and Remanded and Memorandum Opinion filed November 19, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00680-CV

____________

 

TOMBACO INVESTMENTS, L.L.C., Appellant

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT APPRAISAL REVIEW
BOARD, Appellee

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2008-49920

 



 

MEMORANDUM
OPINION

This is an appeal from a
judgment signed June 2, 2009.

On November 5, 2009, the parties filed a joint motion
to set aside or vacate the judgment and remand the cause to the trial court for
rendition of judgment in accordance with the parties’ settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly, we vacate the judgment signed June 2, 2009, and
we remand the cause to the trial court for rendition of judgment in accordance
with the parties’ agreement.

PER CURIAM

 

 

Panel consists of Justices
Yates, Frost, and Brown.